**Dismissed and Memorandum Opinion filed April 8, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00568-CV

---

**LIZZIE J. LOVALL, INDIVIDUALLY; KEITH L. SHAW; INDIVIDUALLY: KENNETH L. YOUNG; INDIVIDUALLY; KIM L. SHAW, INDIVIDUALLY, Appellants**

**V.**

**HARRIS COUNTY, TEXAS, INDIVIDUALLY, OFFICIALLY AND VICARIOUSLY; MAY WALKER, CONSTABLE, PRECINCT 7, INDIVIDUALLY; RUTH MCDUGLE, INDIVIDUALLY; DARLA TURNER, INDIVIDUALLY; JOHN K. GEORGE, OFFICIALLY, INDIVIDUALLY; GOW-MING CHAO, INDIVIDUALLY; ET AL, Appellees**

---

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-23410

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 22, 2013. The notice of appeal was filed June 20, 2013. No clerk's record was filed. To date, the filing fee

has not been paid. Appellants claim to be indigent because they were deemed indigent in a previous appeal in this court. No evidence that appellant has established indigence in this appeal has been filed. *See* Tex. R. App. P. 20.1.

On December 5, 2013, this court ordered a hearing in the trial court to determine whether appellants are entitled to proceed without advanced payment of costs in this appeal. On January 6, 2014, the trial court held a hearing at which appellant Lizzie J. Lovall attended. The trial court determined, based on the evidence at the hearing and a review of the record, that appellants failed to set forth or prove any allegations sufficient to support proceeding as paupers. Appellant has not challenged that ruling. *See* Tex. R. App. P. 20.1.

On March 6, 2014, this court ordered appellant to pay the appellate filing fee on or before March 21, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.